U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Laborers' Pension Fund and Laborers' Welfare Fund et al.,<br>Plaintiffs,<br>v.<br>M&J Mechanical Contractors, Inc., & Mid-Continent Plumbing, Inc.     Defendant. | Case Number:<br>FILED: MARCH 20, 2008<br>08CV1625    TC<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Laborers' Pension and Laborers' Welfare Fund for the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago Vicinity and James S. Jorgensen.

| |
|---|
| NAME (Type or print)<br>Josiah A. Groff |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/  /s/ Josiah A. Groff |
| FIRM<br>Allison, Slutsky & Kennedy, P.C. |
| STREET ADDRESS<br>230 W. Monroe Street, Suite 2600 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6289628 | TELEPHONE NUMBER<br>(312) 364-9400 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐