# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Laborers' Pension Fund and Laborers' Welfare Fund et al., Plaintiffs, v. M&J Mechanical Contractors, Inc., & Mid-Continent Plumbing, Inc.  Defendant. | FILED: MARCH 20, 2008<br>08CV1625    TC<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Laborers' Pension and Laborers' Welfare Fund for the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago Vicinity and James S. Jorgensen.

| | |
|---|---|
| NAME (Type or print)<br>N. Elizabeth Reynolds | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/  /s/ N. Elizabeth Reynolds | |
| FIRM<br>Allison, Slutsky & Kennedy, P.C. | |
| STREET ADDRESS<br>230 W. Monroe Street, Suite 2600 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>90784815 | TELEPHONE NUMBER<br>(312) 364-9400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |