AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Laborers' Pension Funds et al.,

V.

M&J Mechanical Contractors, Inc., & Mid-Continent Plumbing, Inc.

CASE NUMBER: 08CV1625

ASSIGNED JUDGE: JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE COLE

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Mid-Continent Plumbing, Inc.
Registered Agent
Thomas E. Patterson
33 N. LaSalle St., Suite 3350
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

N. Elizabeth Reynolds
Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

J. Cervantes
--------------------------------
(By) DEPUTY CLERK

March 20, 2008
--------------------------------
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE  3-21-08 |
| NAME OF SERVER *(PRINT)*  M. Andre Smith | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Personally handed summons and complaint to Meghan Rudley, Secretary for Thomas E. Patterson, RA for Mid-Continent Plumbing, Inc. Service was effected at the address of 33 n. LaSalle St., #3350, Chicago, IL, at the hour of 4:30 p.m., March 21, 2008

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-21-08
       Date

*Signature of Server*  M. Andre Smith

LAW OFFICES
**ALLISON, SLUTSKY & KENNEDY, P.C.**
SUITE 2500
230 WEST MONROE STREET
CHICAGO, ILLINOIS 60606

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.