**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LABORERS' PENSION FUND and** | ) | |
| **LABORERS' WELFARE FUND OF THE** | ) | |
| **HEALTH AND WELFARE DEPARTMENT** | ) | |
| **OF THE CONSTRUCTION AND GENERAL** | ) | |
| **LABORERS' DISTRICT COUNCIL OF** | ) | |
| **CHICAGO AND VICINITY, and JAMES S.** | ) | |
| **JORGENSEN, Administrator of the Funds,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 08 C 1625** |
| | ) | |
| **M & J MECHANICAL CONTRACTORS, INC.** | ) | |
| **and MID-CONTINENT PLUMBING, INC.,** | ) | **Judge Der-Yeghiayan** |
| | ) | |
| **Defendants.** | ) | |

**<u>NOTICE OF MOTION</u>**

TO:    M & J Mechanical Contractors, Inc.,
       Mid-Continent Plumbing, Inc.
       Registered Agent
       Thomas E. Patterson
       33 North LaSalle Street Suite 3350
       Chicago, IL 60602

       PLEASE TAKE NOTICE that on Tuesday, May 6, 2008, 9:00 a.m., or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Der-Yeghiayan, in Courtroom 1903 or in the Courtroom usually occupied by him in the United States District Courthouse, 219 South Dearborn Street Chicago, IL 60604, and present Plaintiffs' Motion for Default and to Compel an audit, a copy of which is served upon you.

                                    By:       /s/Karen I. Engelhardt
                                         Counsel for Plaintiffs

Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street Suite 2600
Chicago, IL 60606
(312) 364-9400

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney states that she served copies of the foregoing Notice of Motion and Plaintiffs' Motion for Default and to Compel and audit to the following mentioned below by U.S. mail on the 29th day of April 2008 with proper postage prepaid at the US Mail Box at 230 W. Monroe Street,  Suite 2600, Chicago, IL. before the hour of 5:00 p.m.

> M & J Mechanical Contractors, Inc.,
> Mid-Continent Plumbing, Inc.
> Registered Agent
> Thomas E. Patterson
> 33 North LaSalle Street Suite 3350
> Chicago, IL 60602

/s/Karen I. Engelhardt