# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1625 | DATE | 5/6/2008 |
| CASE TITLE | Laborers' Pension Fund, et al. Vs. M & J Mechanical Contractors, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for default and to compel audit [13] is granted. Default is hereby entered in favor of the Plaintiffs Laborers' Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and James S. Jorgensen and against Defendants M & J Mechanical Contractors, Inc. and MID-Continent Plumbing, Inc. Prove-up hearing set for 07/30/08 at 9:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05



| | Courtroom Deputy Initials: | maw |
|---|---|---|