**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND of the HEALTH AND WELFARE DEPARTMENT of the CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br><br>     Plaintiffs,<br><br>     v.<br><br>M & J MECHANICAL CONTRACTORS, INC., and MID-CONTINENT PLUMBING, INC.,<br><br>     Defendant. | Case no. 08 C 1625<br><br>Judge Der-Yeghiayan |

**NOTICE OF VOLUNTARY DISMISSAL**

The plaintiffs, by their attorneys, file a notice of voluntary dismissal against defendants M & J Mechanical Contractors, Inc., and Mid-Continent Plumbing, Inc., pursuant to Rule 41(a) of the F.R.Civ.P., and state that the defendants filed a petition under Chapter 7 of the Bankruptcy Code and this action is stayed while the bankruptcy matter is pending.

Wherefore, plaintiffs request that this cause be dismissed without prejudice subject to future refiling.

By:

   /s/Karen I. Engelhardt
One of plaintiffs' attorneys

Wesley Kennedy
Karen I. Engelhardt
Angie Cowan
Josiah Groff
Allison, Slutsky & Kennedy, P.C.,
230 West Monroe Street Suite 2600
Chicago, IL 60606
(312) 364-9400

July 29, 2008