# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1625 | **DATE** | 7/30/2008 |
| **CASE TITLE** | Laborers' PenFd vs. M & J Mechanical | | |

**DOCKET ENTRY TEXT**

Prove-up hearing called. Counsel for the Plaintiffs advised the Court that they filed a voluntary notice of dismissal. Pursuant to the Plaintiffs' notice of dismissal, the instant action is hereby dismissed without prejudice. All pending dates and motions are hereby stricken as moot. Civil case terminated.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | maw |
|---|---|---|